| Attorney or Party without Attorney:<br>Lisa Weingarten Richards, Esq.<br>LWR Law Offices<br>3060 Williams Dr, Suite 300 #510<br>Fairfax, VA  22031<br>Telephone No: 202-981-2059<br><br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Western District Of Virgina | | |
| Plaintiff: Thomas Richards<br>Defendant: Google LLC | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date:    Time:    Dept/Div: | Case Number:<br>525CV00082 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Motion for Temporary Restraining Order

3. a. Party served:                                 Google LLC
   b. Person served:                             Koy Saechao, Person Authorized to Accept

4. Address where the party was served:    CSC Lawyers Incorporating Services,
                                              Agent for Service
                                              2710 Gateway Oaks Dr, Suite 150 N
                                              Sacramento, CA  95833

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Aug. 29, 2025 (2) at: 1:33PM

7. *Person Who Served Papers:*                          Fee for Service:    $199.00
   a. John M. Adams

**1500 W. El Camino Avenue, #510**
**Sacramento, CA 95833**
**855-5VALPRO, Fax (866) 900-4665**
Valpro   www.ValproAttorneyServices.com

8. I declare under penalty of perjury under the laws of the State of VIRGINIA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE                              (John M. Adams)                    lwr.94531