# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**THOMAS RICHARDS**

vs.

**GOOGLE, LLC**

Action No:   5:25CV00082
Date:   10/22/2025
Judge:   Michael F. Urbanski, SUSDJ
Court Reporter:   Frank Austin
Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)

Lisa W. Richards

Defendant Attorney(s)

John E. Schmidtlein, Sean M. Douglass, Stephen J. Fuzesi

PROCEEDINGS:
Parties present via Zoom.
Pltf asks for hearing on TRO; dft does not believe a hearing is necessary.
Court asks about TRO/motion to dismiss – asking if the hearing can be conducted by Zoom if no witnesses.
Both parties would have a TRO by Zoom.
Dft would ask for time to respond.
Oral order directing Pltf file opposition by 10/31 and any declarations and affidavits.   Dft file reply br in support of m dism by 11/12.   The clerk will work with parties on hearing date.
Court notes for parties that it may not need a hearing at all based on pleadings and will let the parties know if that is the case.
PTM and Rule 16 scheduling conference by Zoom 11/18/25 at 2pm.


Time in Court:   3:09-3:23   14m