# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **THOMAS RICHARDS** | Action No:   5:25CV00082 |
| | Date:   11/18/2025 |
| vs. | Judge:   Michael F. Urbanski, SUSDJ |
| | Court Reporter:   Frank Austin |
| **GOOGLE, LLC** | Deputy Clerk:   Kristin Ayersman |

Plaintiff Attorney(s)

**Lisa W. Richards

Defendant Attorney(s)

John E. Schmidtlein, Sean M. Douglass, **Stephen J. Fuzesi

Justin Cohen, Google in-house counsel

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Parties present via Zoom for PTM re ECF 3, 20 and 23.
Counsel identifies themselves on the record.
Argument on motions.
Discussion of diversity jurisdiction re LLC.
Argument as to sufficiency of the state law claims.
Additional argument.
Opinion forthcoming.

Time in Court:   2:04-3:13   1h 9m