IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

02/09/2026

LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

| | |
|---|---|
| **THOMAS RICHARDS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 5:25-cv-00082 |
| **v.** ) | |
| ) | By: Michael F. Urbanski |
| **GOOGLE LLC,** ) | Senior United States District Judge |
| ) | |
| **Defendant.** ) | |

### ORDER

For the reasons stated in the accompanying memorandum opinion, plaintiff Thomas Richards's motion for temporary restraining order, ECF No. 3, is **DENIED**. Defendant Google LLC's motion to dismiss the amended complaint, ECF No. 23, is **GRANTED**, and Richards's amended complaint is dismissed with prejudice. Google LLC's first motion to dismiss, ECF No. 20, is **DENIED** as moot.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

It is so **ORDERED**.

Entered: February 9, 2026

Michael F. Urbanski
U.S. District Judge
2026.02.09 12:07:11
-05'00'

Michael F. Urbanski
Senior United States District Judge

1