IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED
02/09/2026
LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

| | |
|---|---|
| THOMAS RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:25-cv-00082 |
| v. ) | |
| ) | By: Michael F. Urbanski |
| GOOGLE LLC, ) | Senior United States District Judge |
| ) | |
| Defendant ) | |

## ORDER

This matter is before the court on the Motion to Withdraw as Counsel, ECF No. 40, filed by counsel for plaintiff in this case. In that motion, counsel for plaintiff indicates that "a protective order has been entered in the Circuit Court of Frederick County, Virginia, prohibiting Plaintiff from contacting undersigned counsel." Mot., ECF No. 40.

Given these circumstances, the court **GRANTS** counsel's motion to withdraw, subject to the following additional requirements.

1. Counsel is **DIRECTED** to **IMMEDIATELY** provide a copy of this Order to plaintiff.

2. Counsel is **DIRECTED** to **IMMEDIATELY** provide the Clerk with plaintiff's contact information, including his mailing address, email address, and telephone number.

3. Counsel is **DIRECTED** to **IMMEDIATELY** advise plaintiff of the Memorandum Opinion and Order, ECF Nos. 42 and 43, entered today in this case and provide him a copy of that memorandum opinion and order.

1

4.  Counsel is **DIRECTED** to **IMMEDIATELY** advise plaintiff of the provisions of Rules 3 and 4 of the Federal Rules of Appellate Procedure and that his time for filing an appeal to the dismissal of this case is thirty (30) days from today.

5.  Counsel is **DIRECTED** to file a timely certification in writing with the Clerk that the steps listed above have been completed.

Additionally, plaintiff is **DIRECTED** to advise the Clerk within fourteen (14) days whether he has retained new counsel or will be proceeding pro se.

The Clerk is **DIRECTED** to email a copy of this Order and the Memorandum Opinion and Order, ECF Nos. 42 and 43, to plaintiff at the email provided by counsel, tlthe5th@pm.me, and mail a copy of these documents to him at his address once it is provided to the Clerk.

It is so **ORDERED**.

Entered: February 9, 2026

Michael F. Urbanski
U.S. District Judge
2026.02.09 15:43:06
-05'00'

Michael F. Urbanski
Senior United States District Judge

2